# Third District Court of Appeal

## State of Florida

Opinion filed May 18, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D21-2431 & 3D22-0123
Lower Tribunal No. 14-15982
_____

**L.G., The Father, and G.H., The Mother,**
Appellants,

vs.

**Department of Children and Families, et al.,**
Appellees.

Appeals from the Circuit Court for Miami-Dade County, Angelica D. Zayas, Judge.

Albert W. Guffanti, P.A., and Albert W. Guffanti, for appellant L.G., the Father, Thomas Butler, P.A., and Thomas J. Butler, for appellant G.H., the Mother.

Karla Perkins, for appellee, Department of Children and Families, Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Laura J. Lee, Assistant Director of Appeals (Tallahassee), for appellee, Guardian ad Litem.

Before FERNANDEZ, C.J., and LOGUE, and MILLER, JJ.

PER CURIAM.

We affirm the final judgment terminating appellants' parental rights under section 39.806(1)(c), Florida Statutes (2021).  See Guardian ad Litem Program v. K.H., 276 So. 3d 897, 902 (Fla. 3d DCA 2019); J.P. v. Fla. Dep't of Child. & Fams., 183 So. 3d 1198, 1204 (Fla. 1st DCA 2016).

Affirmed.